66501. FAISON v. THE STATE.

DEEN, Presiding Judge.

Willie G. Faison was convicted of violation of the Georgia Firearms and Weapons Act (possession of a sawed-off shotgun), possession of a firearm by a convicted felon, and carrying a concealed weapon. On appeal he contends that the inventory search of his automobile was an unreasonable invasion of his right to privacy. *Held:*

An examination of the record and transcript fails to show that this issue was raised in the court below. Therefore, there is nothing for this court to review on appeal. *Blackman v. State,* 158 Ga. App. 463 (280 SE2d 872) (1981).

*Judgment affirmed. Banke and Carley, JJ., concur.*

DECIDED SEPTEMBER 6, 1983.

*James F. Council, Jr.,* for appellant.
*H. Lamar Cole, District Attorney, Fred R. Simpson, Assistant District Attorney,* for appellee.